1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH L. WILLIAMS,                                    No. C 07-0895 MEJ

        Plaintiff(s),

  vs.                                                        **ORDER TO SHOW CAUSE**

BISHOP OF THE SOVEREIGN NIGHTS, et al.,

        Defendant(s).

_____/

      Plaintiff Joseph L. Williams filed the above-captioned matter on February 13, 2007. However, since that time, Williams has made no further appearance, and it does not appear that any of the named defendants have been served.  On October 30, 2008, the Court ordered Williams to file a consent to or declination of magistrate jurisdiction by November 19, 2008.  (Dkt. #6.)  To date, Williams has not responded to the Court's Order.  Accordingly, the Court ORDERS Williams to show cause why this case should not be dismissed for failure to prosecute, and for failure to comply with this Court's orders.  Williams shall file a declaration by December 11, 2008.  The Court shall conduct a hearing on December 18, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

      **IT IS SO ORDERED.**

Dated: November 24, 2008

                          _____
                          MARIA-ELENA JAMES
                          United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH L. WILLIAMS,

          Plaintiff,

  v.

BISHOP OF THE SOVEREIGN NIGHTS, et al.,

          Defendant.
_____/

Case Number: CV07-0895 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph L. Williams
15934 Hesperian Boulevard
P.M.B. 311
San Lorenzo, CA 94580

Dated: November 24, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

United States District Court
For the Northern District of California