IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. WILLIAMS,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>BISHOP OF THE SOVEREIGN NIGHTS OF NOBLE HOUSE, et al.,<br><br>    Defendant(s).<br>_____/ | No. C 07-0895 MEJ<br><br>**ORDER FOR CLERK OF COURT TO REASSIGN CASE**<br><br>**REPORT & RECOMMENDATION** |

Plaintiff Joseph L. Williams filed the above-captioned matter on February 13, 2007, as well as an Application to Proceed *In Forma Pauperis*. On October 30, 2008, the Court ordered Plaintiff to either consent to the undersigned magistrate judge's jurisdiction or request reassignment to a district court judge. (Dkt. #6.) On November 24, 2008, having received no response to the October 30 Order, and because Plaintiff has made no further appearances after his initial filings, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with this Court's orders. (Dkt. #7.) The Court ordered Plaintiff to file a declaration by December 11, 2008, but no declaration has been filed.

On December 18, 2008, the Court conducted an OSC hearing. Plaintiff made no appearance at the hearing. Based on this procedural history, the Court finds it appropriate to dismiss this case pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, the Court hereby ORDERS the Clerk of Court to reassign this case to a district court judge. The undersigned RECOMMENDS that the newly-assigned judge dismiss this case for failure to prosecute and failure to comply with the Court's orders.

**IT IS SO ORDERED.**

Dated: December 18, 2008

                                                MARIA-ELENA JAMES<br>
                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH L. WILLIAMS,

        Plaintiff,

v.

BISHOP OF THE SOVEREIGN NIGHTS, et al.,

        Defendant.

Case Number: CV07-0895 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph L. Williams
15934 Hesperian Boulevard
P.M.B. 311
San Lorenzo, CA 94580

Dated: December 18, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2