IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. WILLIAMS, | No. C 07-00895 CW |
|     Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE |
|   v. | |
| BISHOP OF THE SOVEREIGN NIGHTS OF NOBLE HOUSE ET AL, | |
|     Defendant. | |

    On December 18, 2008, Magistrate Judge Maria-Elena James issued an Order for Clerk of Court to Reassign Case and a Report and Recommendation.  The case was reassigned to the undersigned District Judge.  Having considered the Report and Recommendation and good cause appearing, the Court adopts the Report and Recommendation.  Accordingly,

    IT IS HEREBY ORDERED that the above-captioned case is dismissed without prejudice for failure to prosecute and failure to comply with the Court's orders.

    1/7/09

Dated _____

*Claudia Wilken*

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS et al,

        Plaintiff,

v.

BISHOP OF THE SOVEREIGN NIGHTS OF NOBLE HOUSE et al,

        Defendant.

Case Number: CV07-00895 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph L. Williams
15934 Hesperian Boulevard
P.M.B. 311
San Lorenzo, CA 94580

Susan Cathy Peshel Stevenson
401 B Street, Suite 1500
San Diego, CA 92101

Dated: January 7, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2